AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:21-MJ-02632 | June 7, 2021 | Federal Bureau of Investigations |

Inventory made in the presence of:
U.S. Postal Inspector Lyndon Versoza

Inventory of the property taken and name of any person(s) seized:

Box 49 and Faceplate

$150,900 in US Currency

Packaging

Envelopes

# Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/11/2021

*Executing officer's signature*

Zera Poirier U.S. Postal Inspector
*Printed name and title*